601 A.2d 807

**COMMONWEALTH of Pennsylvania**

**v.**

**Steven D. FREDERICK, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1992.

Decided Feb. 14, 1992.

David J. Foster, Lemoyne, for appellant.

Charles Coleman, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and CAPPY, JJ., dissent.